IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EDMUNDO GONGORA,

    Petitioner,

v.

E. EMMERICH, et al.

    Respondent.

ORDER

Case No. 24-cv-932-jdp

---

Petitioner Edmundo Gongora seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than January 27, 2025. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately July 1, 2024 through the date of the petition, December 31, 2024.

ORDER

IT IS ORDERED that:

1. Petitioner Edmundo Gongora may have until January 27, 2025, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before January 27, 2025, I will assume that petitioner wishes to withdraw this petition.

Entered this 31st day of December, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge